810 A.2d 1074

IN THE MATTER OF THOMAS F. CERMACK, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 028581980)

December 11, 2002.
As Corrected Jan. 6, 2003.

## ORDER

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **THOMAS F. CERMACK, JR.,** of **HAWTHORN,** who was admitted to the bar of this State in 1980;

And the Disciplinary Review Board and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep client reasonably informed). *RPC* 1.4(b) (failure to explain matter to the extent reasonably necessary to permit client to make an informed decision), *RPC* 1.15(d) (failure to comply with recordkeeping requirements), *RPC* 1.16(d) (failure to protect clients interests on termination of representation), *RPC* 5.5(b) (assist a person who is a member of the bar in the performance of activity that constitutes the unauthorized practice of law), *RPC* 8.4(a) (knowingly assisting another to violate the Rules of Professional Conduct), *RPC* 8.4(d) and *Rule* 1:20–(a) (engaging in conduct that is prejudicial to the administration of justice);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4(a), *RPC* 1.4(b), *RPC* 1.15(d), *RPC* 1.16(d), *RPC* 5.5(b), *RPC* 8.4(a), 8.4(d) and *Rule* 12:20–20(a) and that said conduct warrants a six–month suspension;

And the Disciplinary Review Board having determined that a six-months suspension is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **THOMAS F. CERMACK, JR.,** of **HAWTHORN** is hereby suspended from the practice of law for a period of six months effective January 6, 2003; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.